# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 24-3287

———————————————

United States of America

*Plaintiff - Appellee*

v.

Cedric McDonald

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa

——————————

Submitted: April 9, 2025
Filed: April 23, 2025
[Unpublished]

——————————

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Cedric McDonald appeals after the district court[1] revoked his supervised release and sentenced him to a prison term of 14 months, with no supervised release

———————————————

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

to follow.  His counsel has moved to withdraw, and has filed a brief challenging the sentence as substantively unreasonable.  McDonald has filed a pro se brief challenging the constitutionality of his sentence.

After reviewing the record, we conclude the district court did not abuse its discretion in imposing the sentence.  *See United States v. Valure*, 835 F.3d 789, 790 (8th Cir. 2016) (reviewing revocation sentence for abuse of discretion).  The court considered the relevant factors and did not give significant weight to an improper factor or commit a clear error in weighing the factors.  *See United States v. Larison*, 432 F.3d 921, 923-24 (8th Cir. 2006).  The sentence was also statutorily permissible. *See* 18 U.S.C. § 3583(e)(3).  We further conclude McDonald's pro se arguments are without merit.  *See United States v. Pirani*, 406 F.3d 543, 549 (8th Cir. 2005) (en banc) (errors not properly preserved are reviewed only for plain error).  Accordingly, we grant counsel's motion to withdraw, and affirm.

_____